**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1189
_____

In re: Burma Jean Martin,   *
                            *
       Debtor,              *
-------------------------------                              *
                            *
Burma Jean Martin,          *
                            *
       Appellant,           *
                            * Appeal from the United
States
    v.                      * District Court for the
                            * Eastern District of
Arkansas.
Brian Sanford,              *        [UNPUBLISHED]
                            *
       Defendant,           *
-------------------------------                              *
                            *
Richard Cox,                *
                            *
       Appellee.            *
                        _____

                        Submitted:   June 16, 1997
                                Filed:   June 19,
1997
                        _____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
                        _____

PER CURIAM.

Burma Jean Martin appeals from the district court's[1] affirmance of the bankruptcy court's[2] denial of her petition to convert. After reviewing the bankruptcy court's findings of fact for clear error and its legal conclusions de novo, we conclude that the judgment was correct and that no further discussion is warranted. See In re Montgomery, 37 F.3d 413, 414-15 (8th Cir. 1994) (standard of review). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

[2]The Honorable Mary D. Scott, United States Bankruptcy Judge for the Eastern District of Arkansas.

-2-